# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIMMY DON STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-14-0625-HE |
| | ) | |
| US ATTORNEY et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Jimmy Don Stevens, a prisoner appearing *pro se*, filed this action alleging violations of his constitutional rights. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Charles B. Goodwin. Judge Goodwin has issued a Report and Recommendation recommending that the complaint be dismissed for improper venue. Objections to the magistrate judge's report and recommendation were due by July 16, 2014. Plaintiff has not filed an objection, but instead wrote the court indicating his agreement with Judge Goodwin's analysis and his intention to refile this case in the proper court. [Doc. #6].

Plaintiff, having raised no objections to report and recommendation, has waived his right to review of the factual and legal issues it addressed. United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. #5] is **ADOPTED**, and the complaint

[Doc. #1] is **DISMISSED** without prejudice. Plaintiff's motion to proceed *in forma pauperis* [Doc. #2] is **STRICKEN AS MOOT**.

    **IT IS SO ORDERED**.

Dated this 22nd day of July, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE